UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEDRIC BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 12-1419** |
| | ) | **2:12-cv-1419** |
| | ) | |
| | ) | **SECTION "G"** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GREAT SOUTHERN DREDGING, INC** | ) | **JUDGE JOLIVETTE BROWN** |
| | ) | |
| | ) | **MAGISTRATE JUDGE: "5"** |
| **Defendant.** | ) | **ALMA A. CHASEZ** |
| | ) | |

## EX-PARTE MOTION TO WITHDRAW A COUNSEL OF RECORD

**NOW INTO COURT**, comes James L. Arruebarrena, undersigned counsel, who moves this Honorable Court for an order withdrawing James L. Arruebarrena as counsel of record for Plaintiff in these proceedings.

1.

Undersigned counsel must advise the court that the attorney-client relationship has ended

-1-

between Plaintiff and undersigned counsel at Plaintiff's request.

2.

Plaintiff no longer wishes to be represented by undersigned counsel. Thus, undersigned counsel no longer represents Plaintiff.

3.

Accordingly, undersigned counsel is unable from this point forward to remain as counsel of record for Plaintiff in this case as it is no longer possible for undersigned counsel to advocate for Plaintiff's interests in this matter.

4.

Plaintiff's last known address is Dedric Brown, 154 Diamond Rd., Norco, LA  70079 His last known telephone number is (504) 654-8218.

5.

The court is advised that this motion to withdraw is relatively early in the case as the jury trial scheduled for January 13, 2014, with the Pre-Trial Conference set for January 3, 2014 (Rec. Doc. 23).  There are no immediately pending discovery or motion issues. Thus, undersigned respectfully requests that the court allow him to withdraw in this matter.

6.

Plaintiff has been given the Scheduling Order and fully advised of all deadlines in this case.

WHEREFORE, undersigned counsel respectfully request that this Honorable Court approve his withdrawal as counsel of record in this matter.

                Respectfully submitted,


             /s/ James L Arruebarrena
            JAMES L. ARRUEBARRENA (#22235)
            JAMES L. ARRUEBARRENA,
               Attorney at Law, L.L.C.
            1010 Common Street, Suite 3000
            New Orleans, LA 70112
            Telephone: (504) 525-2520
            Facsimile (504) 581-7083


**Attorney for Dedric Brown**


## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing has been served upon all parties herein by using the CM/ECF system and by depositing same in the United States Mail, properly addressed, and postage prepaid, on this 6th day of September, 2013 to any non-CM/ECF participants.

            /s/ James L. Arruebarrena
            JAMES L. ARRUEBARRENA