UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEDRIC D. BROWN            CIVIL ACTION

VERSUS                    NO. 12-1419

GREAT SOUTHERN DREDGING, INC.      MAGISTRATE JUDGE
                                         JOSEPH C. WILKINSON, JR.

## CONSENT JUDGMENT

WHEREAS, the parties have reached a compromise with respect to damages claimed by plaintiff, Dedric D. Brown, arising out of allegations concerning his employment with defendant, Great Southern Dredging, Inc. ("Great Southern"), between March 31, 2010 and May 17, 2010, and his allegations of racial discrimination, hostile work environment, and retaliation raised in this lawsuit;

WHEREAS, defendant, Great Southern, does not admit to any liability for the allegations raised in this lawsuit;

WHEREAS, the parties have consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636; Record Doc. No. 18;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Great Southern shall pay the total amount of $22,500.00 (twenty-two thousand five hundred dollars and no cents) to Dedric Brown, payable as follows:

(a) $15,000.00 (fifteen thousand dollars and no cents) to be paid on or before September 30, 2014; (b) followed by five (5) equal monthly payments of $1,500.00 (one thousand five hundred dollars and no cents) on or before October 31, 2014; November 30, 2014; December 31, 2014; January 31, 2015; and February 28, 2015. Of the total amount of this $22,500.00 judgment, $9,000.00 is attributable to plaintiff's attorney's fees and $2,000 is attributable to plaintiff's attorney's costs, payable by plaintiff to his counsel of record.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any default in the monthly payment shall incur interest as set according to 28 U.S.C. § 1961(a) and (b) and Brown may recover reasonable attorney's fees and costs according to 28 U.S.C. § 1920 incurred in any judgment enforcement or collection efforts.

This court hereby specifically approves the terms of the settlement and consent judgment reflected herein and retains jurisdiction over this case, and this Consent Judgment, for settlement enforcement, judgment enforcement and all other purposes.

New Orleans, Louisiana, this _____11th_____ day of September, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

AGREED AND APPROVED:

_____
DEDRIC D. BROWN, plaintiff

_____
TODD BIALOUS, attorney for plaintiff, Dedric D. Brown

_____
AMANDA L. PHILLIPS, President,
Great Southern Dredging, Inc., defendant

_____
DORIS BOBADILLA, attorney for defendant, Great Southern Dredging, Inc.

_____
JOHN GETTY, attorney for defendant, Great Southern Dredging, Inc.